Larry J. Kuznetz
POWELL, KUZNETZ & PARKER, P.S.
316 W. Boone, Ste. 380
Spokane, WA 99201-2346
(509) 455-4151
FAX: (509) 455-8522

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN L. WORLEY and LATONYA K. WORLEY, husband and wife, | No.   CV-05-5034-EFS |
| Plaintiff(s), | ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| KRYSTLE E. RIDOUT and JOHN DOE RIDOUT, wife and husband, and MACY C. RECHARD and JOHN DOE RECHARD, wife and husband, | |
| Defendant(s). | |

THIS MATTER having come before the Court on stipulation by the parties for an Order of Dismissal and the Court being otherwise fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be and the same is dismissed with prejudice and without costs to either party.

DATED this __12th__ day of April, 2006.

            s/ Edward F. Shea
            The Honorable Judge Edward F. Shea

ORDER OF DISMISSAL - 1

LAW OFFICE OF
**POWELL, KUZNETZ & PARKER**
A PROFESSIONAL SERVICE CORPORATION
316 WEST BOONE, ROCK POINTE TOWER, STE. 380
SPOKANE, WASHINGTON 99201-2346
PHONE:  (509)455-4151
FAX:  (509)455-8522